```
         UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF WEST VIRGINIA
                 AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                    CRIMINAL ACTION NO. 2:08-00116

**ANTWON ADAMS**


### SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
### MEMORANDUM OPINION AND ORDER

On June 27, 2017, the United States of America appeared by Joshua C. Hanks, Assistant United States Attorney, and the defendant, Antwon Adams, appeared in person and by his counsel, Gary A. Collias, for a hearing on the petition on supervised release submitted by United States Probation Officer Lilla M. Adkins. The defendant commenced a 54-month term of supervised release in this action on December 24, 2015, as more fully set forth in the Supervised Release Revocation and Judgment Order entered by the court on August 4, 2015.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found that the defendant has violated the conditions of supervised release in the following respects: (1) the defendant used and possessed marijuana as evidenced by positive urine specimens submitted by him on August 15 and 30, September 7, October 5 and November 16, 2016, and January 17 and 24, February 2, March 14, 20 and 27, April 4, 10 and 20, 2017; (2) the defendant failed to obtain or maintain employment from August 30, 2016, to April 1, 2017; and (3) the defendant failed to report for random urine screening as directed on September 22, October 21, November 4 and December 16, 2016; all as admitted by the defendant on the record of the hearing and all as set forth in the petition on supervised release.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of **TWO (2) MONTHS**, to be followed by a term of four (4) years of supervised release upon the standard conditions of supervised release now in effect in this district as promulgated by the Administrative Office of the United States Courts (National Form AO 245B), the standard conditions as set forth in Local Rule 32.3 and the special condition that he spend a period of six (6) months at SECOR in Lebanon, Virginia, where he shall follow the rules and regulations of the facility, and participate in drug abuse counseling and treatment as directed by the facility and the probation officer. The defendant shall report directly from his place of incarceration to the SECOR program immediately upon release.

The defendant was remanded to the custody of the United States Marshal.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: June 28, 2017

_____
John T. Copenhaver, Jr.
United States District Judge