```
          UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF WEST VIRGINIA
                  AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                              CRIMINAL ACTION NO. 2:08-00116

**ANTWON ADAMS**

## SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
## MEMORANDUM OPINION AND ORDER

On February 20, 2019, the United States of America appeared by Drew O. Inman, Assistant United States Attorney, and the defendant, Antwon Adams, appeared in person and by his counsel, Mark McMillian, for a hearing on the petition seeking revocation of supervised release submitted by United States Probation Officer Lilla M. Adkins. The defendant commenced a four-year term of supervised release in this action on July 29, 2017, as more fully set forth in the Supervised Release Revocation and Judgment Order entered by the court on June 28, 2017.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found by a preponderance of the evidence that the defendant has violated the conditions of supervised release in the following respects: (1) the defendant violated federal and state law inasmuch as on September 18, 2018, he was found by law enforcement to be in possession of approximately 98 grams of methamphetamine which he intended to distribute, as evidenced by his stipulation on the record of the hearing that the government possesses sufficient proof to prove the violation by a preponderance of the evidence; and (2) the defendant used and possessed marijuana as evidenced by positive urine specimens submitted by him on April 10 and 16, May 18, June 12 and 14, August 21, and October 1, 2018, and the defendant's admission on the record of the hearing; all as set forth in the petition on supervised release.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously

imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of TWENTY-FOUR (24) MONTHS.

The defendant was remanded to the custody of the United States Marshal.

**Recommendation**: The court recommends that the defendant: (1) be designated to an institution where he can receive medical treatment for his kidney condition and where he can receive the benefit of a Comprehensive/Residential Drug Treatment program; and (2) consistent with the first recommendation, be designated to FMC Lexington or a facility as close to Charleston, West Virginia, as feasible.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: March 7, 2019

John T. Copenhaver, Jr.
Senior United States District Judge